[No. 21300-8-I.   Division One.   July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES A.
RESCH, *Appellant.*

Appeal from a judgment of the Superior Court for San
Juan County, No. CR-2290, Howard A. Patrick, J., entered

1074

October 12, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Winsor, JJ.